UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

|  |  |
|---|---|
| **EDSAL MANUFACTURING CO., LTD.,** ) ) ) **Plaintiff,** ) ) v. ) ) **UNITED STATES,** ) ) **Defendant.** ) ) | SUMMONS<br><br>Court No. 24-00087 |

**TO:**   The Attorney General and the United States Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. <u>Name and Standing of Plaintiff</u>

   Plaintiff in this action, Edsal Manufacturing Co., Ltd., is a manufacturer, producer, and/or wholesaler in the United States of the domestic product that is like the imported product at issue in the challenged determination.  Edsal Manufacturing Co., Ltd. was the petitioner in the underlying investigation and, thus, a party to the proceeding that led to the determination being challenged.  Accordingly, Edsal Manufacturing Co., Ltd. is an interested party within the meaning of sections 771(9)(C) and 516A(f)(3) of the Act, as amended.  <u>See</u> 19 U.S.C. § 1677(9)(C); 19 U.S.C. § 1561a(f)(3).  As such, Edsal Manufacturing Co., Ltd. has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>

   The contested determination is the U.S. Department of Commerce's (the "Department") final negative antidumping determination concerning imports of boltless steel shelving units prepackaged for sale from India, and in particular, the Department's calculation of a <u>de minimis</u> antidumping margin with respect to Triune Technofab Private Limited. <u>See Boltless Steel Shelving Units Prepackaged for Sale From India: Final Negative Determination of Sales at Less Than Fair Value</u>, 89 Fed. Reg. 28,746 (Apr. 19, 2024) ("<u>Final Determination</u>"). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(ii). This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the <u>Final Determination</u> and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

3. <u>Date of determination</u>

   The U.S. Department of Commerce's <u>Final Determination</u> was signed on April 12, 2024 and was published in the <u>Federal Register</u> on April 19, 2024.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

   The U.S. Department of Commerce's final determination was published in the <u>Federal Register</u> on April 19, 2024. <u>See Boltless Steel Shelving Units Prepackaged for Sale From India: Final Negative Determination of Sales at Less Than Fair Value</u>, 89 Fed. Reg. 28,746 (Apr. 19, 2024).

                                                <u>/s/ Joshua R. Morey</u>
                                                KATHLEEN W. CANNON
                                                JOSHUA R. MOREY
                                                MATTHEW T. MARTIN
                                                KELLEY DRYE & WARREN LLP
                                                3050 K Street, N.W., Suite 400
                                                Washington, D.C.  20007
                                                (202) 342-8867
                                                kcannon@kelleydrye.com
                                                jmorey@kelleydrye.com
                                                mmartin@kelleydrye.com

                                                Counsel to Plaintiff Edsal Manufacturing Co., Ltd.

Dated: May 9, 2024

## SERVICE OF SUMMONS BY THE CLERK

     If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

> Director, Civil Division
> Commercial Litigation Branch
> U.S. Department of Justice
> 1100 L Street, N.W., Room 12124
> Washington, D.C. 20530
>
> General Counsel
> U.S. Department of Commerce
> 14th Street & Constitution Avenue, N.W.
> Washington, D.C. 20230
>
> Attorney-In-Charge
> International Trade Field Office
> Commercial Litigation Branch
> U.S. Department of Justice
> 26 Federal Plaza
> New York, NY 10278-0001

                                                                      The Honorable Mario Toscano
                                                                       Clerk of the Court

Date: May ___, 2024                                      By: _____

## CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

### Edsal Manufacturing Co., Ltd. v. United States
### CIT Court No. 24-00087

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, Joshua R. Morey, hereby certify that on May 9, 2024, copies of the foregoing Summons, Form 5, Form 11, Form 13, and Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified mail, return receipt requested unless otherwise indicated:

## UPON THE UNITED STATES

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

## UPON THE U.S. DEPARTMENT OF COMMERCE

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 1874
Washington, DC 20230

**On behalf of JS Products, Inc.**

Nithya Nagarajan, Esq.
Husch Blackwell LLP
1801 Pennsylvania Avenue, NW
Suite 1000
Washington, DC 20006
Email: nithya.nagarajan@huschblackwell.com

**On behalf of Triune Technofab Private Limited**

Dharmendra N Choudhary, Esq.
Grunfeld Desiderio Lebowitz Silverman Klestadt, LLP
1201 New York Ave., NW
Suite 650
Washington, DC 20005
Email: dchoudhary@gdlsk.com

**On behalf of ESS ENN Auto CNC Private Limited**

Arpit Mehra
Lakshmi Kumaran & Sridharan
5, Link Road, Jangpura, Block M, Jangpura Extension
New Delhi, Delhi, India 110014
Email: arpit.mehra@lakshmisri.com
**(registered mail)**

    /s/ Joshua R. Morey
    JOSHUA R. MOREY
    KELLEY DRYE & WARREN LLP